IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| DARIN CATES, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 1:21-cv-00024 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| KILOLO KIJAKAZI, | ) | MAGISTRATE JUDGE HOLMES |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 25) on Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 23). In the Report and Recommendation, the Magistrate Judge recommends the Court deny Plaintiff's Motion for Judgment on the Administrative Record, and affirm the Commissioner's decision.

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service. (Doc. No. 25 at 13). No objections have been filed.

The Court has reviewed the Report and Recommendation and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 23) is **DENIED**.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE